IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS R. RODELLA,

    Movant,

v.                                                              No. CV 19-00275 JB/CG
                                                                 No. CR 14-02783 JB

UNITED STATES OF AMERICA,

    Respondent.

## ORDER TO ANSWER

**THIS MATTER** is before the Court, *sua sponte* under Rule 4(b) of the Rules Governing Section 2255 Cases, on Movant's *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence* (CV Doc. 1; CR Doc. 242). The Court will direct the United States to answer Movant's Motion. The Court requests that, in addition to any other response to Movant's Motion, the United States address any statute of limitations issue under 28 U.S.C. § 2255(f) in its answer.

**IT IS HEREBY ORDERED** that the Clerk is directed to forward to the United States of America a copy of Movant's *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence* (CV Doc. 1; CR Doc. 242) and supporting papers and exhibits, if any, together with a copy of this Order;

**IT IS FURTHER ORDERED** that, by **July 8, 2019**, the United States answer Movant's § 2255 motion.

                                           _____
                                           THE HONORABLE CARMEN E. GARZA
                                           UNITED STATES MAGISTRATE JUDGE