IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS R. RODELLA,

    Movant,

v.                                                                         No. CV 19-275 JB/CG
                                                                           No. CR 14-2783 JB

UNITED STATES OF AMERICA,

    Respondent.

## ORDER GRANTING MOTION TO FILE REPLY

**THIS MATTER** is before the Court on Movant Thomas R. Rodella's *Motion to Request Leave to File a Reply to the Government's Answer*, (Doc. 8), filed July 22, 2019. Mr. Rodella asks to file a Reply to the Government's Answer to his Section 2255 Motion by August 20, 2019. The Court, having considered the Motion and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Mr. Rodella's *Motion to Request Leave to File a Reply to the Government's Answer*, (Doc. 8), is **GRANTED**, and Mr. Rodella may file a Reply to the Government's Answer by **August 20, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE