**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

THOMAS R. RODELLA,

      Petitioner,

v.                                                  CV No. 19-275 JB/CG

UNITED STATES OF AMERICA,

      Respondent.

## ORDER SETTING EXPEDITED BRIEFING

**THIS MATTER** is before the Court on Petitioner Thomas R. Rodella's *Motion for Leave to Amend §2255 Motion* (the "Motion"), (Doc. 13), filed November 12, 2019. **IT IS HEREBY ORDERED** that the parties shall submit expedited briefing on the Motion as follows:

1. Respondent may file a response to the Motion no later than **Friday, November 22, 2019**;

2. Petitioner may file a reply in support of the Motion by **Friday, November 29, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE