UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| THOMAS R. RODELLA, | § | |
|     Movant | § | |
| v. | § | Docket No. 1:19-cv-00275-JB-CG |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Respondent | § | |

_____

**MOTION TO WITHDRAW AND SUBSTITUTE LOCAL COUNSEL**
_____

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Thomas R. Rodella, and files this Motion to Withdraw and Substitute Counsel. Mr. Rodella requests that Paul D. Mannick be allowed to withdraw as local counsel of record for Thomas Rodella in the above-captioned case, that he be removed from the electronic service list in this case. Mr. Rodella requests that Charles W. Aldrete of the firm Clouthier Law, PLLC, 10210 Grogans Mill Rd., Suite 330, The Woodlands, Texas 77380, be substituted as local counsel for Thomas R. Rodella. Mr. Aldrete is in good standing with his license in the Federal District Court of New Mexico. This withdrawal and substitution of counsel has been agreed to by Mr. Rodella and is not sought for the purposes of delay.

Thomas R. Rodella respectfully requests that the Court grant this Motion to Withdraw and Substitute Counsel.

January 16, 2020

        Respectfully submitted,

        **Clouthier Law, PLLC**

        */s/ Charles W. Aldrete*
        **Charles R. Aldrete**
        10210 Grogans Mill Rd., Suite 330
        The Woodlands, Texas 77380
        Phone: (832) 859-1142
        Fax: (832) 514-6215
        will@clouthierlaw.com


        */s/ Paul D. Mannick*
        **Paul D. Mannick**
        17 Lizard Lane
        Santa Fe, New Mexico 87508
        Phone: (505) 988-1067
        Fax: (505) 988-1602
        paul@mannicklaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020, a true and correct copy of the foregoing Motion was filed electronically using the Court's CM/ECF system, which will give notice of the filing to all counsel of record.

        */s/ Charles W. Aldrete*
        **Charles W. Aldrete**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| THOMAS R. RODELLA,<br>　　　Movant<br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　Respondent | §<br>§<br>§<br>§<br>§<br>§ | Docket No. 1:19-cv-00275-JB-CG |

**<u>ORDER</u>**

The Court, after consideration, finds that this Motion to Withdraw and Substitute Counsel should be granted.

It is ORDERED that Movant Thomas R. Rodella's Motion to Substitute Counsel is granted, Paul D. Manick has been removed as the local counsel for Mr. Rodella, and Charles W. Aldrete has been substituted as local counsel for movant.

Signed on _____, 2020

_____
JUDGE PRESIDING